UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAS MICHAEL STEWART, et al.  :  Civil Action: 08-3250 (JAG)
:
:                         O R D E R
Plaintiffs,           :
:                           Closed
v.                    :
:
FELIPE GONZALEZ, et al.         :
:
Defendants,           :

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the    17th    of    NOVEMBER, 2009

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.